In the Matter of Bali Club, Inc., Petitioner, v. State Liquor Authority, Respondent.—

Concur — McNally, Steuer and Tilzer, JJ. Markewich, J. P., and Nunez, J., dissent in the following memorandum by Nunez, J.: I

would reduce the penalty to a suspension for a period of 40 days and a $1,000 bond claim. In my opinion, as in the opinion of one of the State Liquor Authority Commissioners, cancellation of petitioner's restaurant liquor license for this first largely technical offense constitutes an excessive penalty and should be modified as indicated.